TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00345-CR






Ex parte William W. Roberts






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT

NO. D-1-DC-07-206717, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING





O R D E R

PER CURIAM

 Appellant has filed a motion for extension of time to file his brief. We will grant the
extension and ORDER appellant to file his brief no later than July 20, 2009. No further extensions
will be granted. If appellant fails to file a brief by the deadline, a hearing before the district court
will be ordered. See Tex. R. App. P. 38.8(b).

 It is ordered June 5, 2009.



Before Justices Patterson, Pemberton and Waldrop

Do Not Publish